IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO.: 3:11-CV-87-FDW-DCK

RUTH DMONDI,

    Plaintiff,

v.

CARDINAL HEALTH 414, LLC a/k/a,
CARDINAL HEALTH 414, INC.,

    Defendant.

ORDER

**THIS MATTER IS BEFORE THE COURT** on the "Application For Admission To Practice *Pro Hac Vice*" (Document No. 5) concerning Todd H. Lebowitz, filed February 17, 2011. Mr. Lebowitz seeks to appear as counsel *pro hac vice* for Defendant Cardinal Health 414, LLC.

Upon review and consideration of the Motion, which was accompanied by submission of the necessary fee, the Court hereby <u>grants</u> the motion.

In accordance with Rule 83.1(B) of this Court's Local Rules, Mr. Lebowitz is admitted to appear before this court *pro hac vice* on behalf of Defendant Cardinal Health 414, LLC.

Signed: February 17, 2011

_____
David C. Keesler
United States Magistrate Judge