IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:11-CV-87-DCK

| RUTH DMONDI, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | **ORDER** |
| CARDINAL HEALTH 414, LLC, | ) | |
| Defendant. | ) | |

**THIS MATTER IS BEFORE THE COURT** *sua sponte* regarding settlement of this case. The mediator, Carl Horn, III, filed a "Certification Of ADR Session" (Document No. 19) notifying the Court that the parties reached a settlement on April 12, 2012. The Court commends the parties for their efforts in resolving this matter.

**IT IS, THEREFORE, ORDERED** that the parties shall file a Stipulation of Dismissal in this case, or in the alternative request an extension of time to file such dismissal, on or before **May 25, 2012**.

Signed: April 24, 2012

David C. Keesler
United States Magistrate Judge